UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20091-CIV-[CONSENT CASE]-O'SULLIVAN

RUBEN SALOMON OSEGUEDA-URBINA,

     Plaintiff,

v.

JOHN WAYNE CONSTRUCTION, INC.,
and WAYMON GRINER, JR.,

     Defendants.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND CLOSING CASE

THIS MATTER came before the Court *sua sponte* following notice from the

parties that the case has settled and the Court having conducted a hearing concerning

the settlement.

THE COURT has heard from counsel and considered the terms of the

Settlement Agreement, the pertinent portions of the record, and is otherwise fully

advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair

Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA"), among others.  In reviewing a

settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for

fairness," and determine that the settlement is a "fair and reasonable resolution of a

bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d

1350, 1352-53 (11th Cir. 1982).

The Court finds that the compromise reached by the parties under the terms of

the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide

disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including

attorney's fees and costs) is hereby APPROVED, that the case is DISMISSED with

prejudice, and that the Court **retain jurisdiction until August 23, 2010** to enforce the

terms of the settlement.

The Clerk of Court is directed to mark this case as CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida this **19th** day of July,

2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record

2